80 A.3d 742

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. TAHIR
S. GREGORY, A/K/A TAHIR NELSON, TAHIR S. SAHKOOR,
AND TAMIR SHAKUR, DEFENDANT–PETITIONER.

November 13, 2013.

ORDERED that the petition for certification is granted, limited solely to the issue of whether there was established a factual basis for defendant's plea of guilty to knowing possession of a controlled

dangerous substance with intent to distribute within one thousand feet of a school.